**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**CHRISTOPHER BLEVINS,**

       **Petitioner,**

**v.**                                **Civil Action No. 2:05cv63**

**K.J. WENDT, Warden,
Federal Bureau of Prisons,
and FCI Gilmer,**

       **Respondents.**

## <u>ORDER</u>

It will be recalled that on September 16, 2005, Magistrate Judge Kaull filed his Report and Recommendation, wherein the Petitioner was directed, in accordance with 28 U.S.C. § 636(b)(1), to file with the Clerk of Court any written objections within ten (10) days after being served with a copy of the Report and Recommendation.

No objections to the Magistrate Judge's Report and Recommendation have been filed. Upon examination of the report from the Magistrate Judge, it appears to the Court that the issues raised by the Petitioner in his Petition, filed pursuant to 28 U.S.C. §2241, wherein Petitioner alleges that the Federal Bureau of Prisons improperly calculated his good conduct time, were thoroughly considered by Magistrate Judge Kaull in his Report and Recommendation. Moreover, the Court, upon an independent <u>de novo</u> consideration of all matters now before it, is of the opinion that the Report and Recommendation accurately reflects the law applicable to the facts and circumstances before the Court in this action. Therefore, it is

**ORDERED** that Magistrate Judge Kaull's Report and Recommendation be, and the same hereby is, accepted in whole and that this civil action be disposed of in accordance with the recommendation of the Magistrate Judge.  Accordingly, it is

**ORDERED** that the Petitioner's Petition  be, and the same hereby is, **DENIED** and **DISMISSED WITH PREJUDICE** because the BOP's policy regarding good time conduct is proper.  It is further

**ORDERED** that the above-styled action shall be **STRICKEN** from the docket of this Court.  It is further

**ORDERED** that the Clerk shall enter judgment for the Respondents.  It is further

**ORDERED** that the Petitioner's Application for Leave to Proceed *In Forma Pauperis* shall be, and the same hereby is, **DENIED** in accordance with Magistrate Judge Kaull's Report and Recommendation and the Petitioner is hereby further **ORDERED** to pay the $5.00 filing fee.  It is further

**ORDERED** that, if Petitioner should desire to appeal the decision of this Court, written notice of appeal must be received by the Clerk of this Court within thirty (30) days from the date of the entry of the Judgment Order, pursuant to Rule 4 of the Federal Rules of Appellate Procedure.  The $5.00 filing fee for the notice of appeal and the $250.00 docketing fee should also be submitted with the notice of appeal.  In the alternative, at the time the notice of appeal is submitted, Petitioner may, in accordance with the provisions of Rule 24(a) of the Federal Rules of Appellate Procedure, seek leave to proceed in forma pauperis from the United States Court of Appeals for the Fourth Circuit.

**ENTER**: November 9th , 2005

_____
**/s/ Robert E. Maxwell**
United States District Judge